UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE BOARD OF PRISON HEARINGS,<br><br>        Defendant. | Case No. 15-cv-05136-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed.

**IT IS SO ORDERED.**

Dated: April 19, 2016

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST CASSELL WOODS,<br>    Plaintiff,<br>v.<br>THE BOARD OF PRISON HEARINGS,<br>    Defendant. | Case No.  15-cv-05136-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Earnest Cassell Woods
D58091
P.O. Box 901, A4-233
Imperial, CA 94974

Dated: April 19, 2016

                         Susan Y. Soong
                         Clerk, United States District Court

                         By: *Lisa R. Clark*
                         LISA R. CLARK, Deputy Clerk to the
                         Honorable JAMES DONATO